FUJII LAW GROUP LLP
JOHN M. FUJII, SBN 172718
MAHADI CORZANO, SBN 254905
2 Park Plaza, Suite 450
Irvine, California 92614
Phone:     (949) 392-5501
Fax:   (949) 392-5501
Email: JFujii@FujiiLawGroup.com
Email: MCorzano@FujiiLawGroup.com

Attorney for Defendant
COUNTY OF SAN BERNARDINO
DEPUTY D. ARREDONDO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN WARREN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN BERNARDINO<br>DEPUTY D. ARREDONDO #14705<br><br>　　　　Defendant. | Case No.: 5:22-cv-02094-MWF-MAA<br><br>Judge: Michael W. Fitzgerald<br>Mag. Judge: Maria A. Audero<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Current Trial Date: January 14, 2025 |

Plaintiff IVAN WARREN and Defendant COUNTY OF SAN BERNARDINO DEPUTY D. ARREDONDO, by and through their counsel of record, hereby submit the following Joint Notice of Settlement.

The parties have reached a tentative settlement of this lawsuit and are working on settlement documents after which a settlement check will be processed. After Plaintiff receives a settlement check from the County of San Bernardino, the parties will file a joint stipulation and [proposed] order to dismiss the entire action with prejudice. The parties anticipate that they will file the joint stipulation and [proposed] order of dismissal with prejudice of the entire action in forty-five (45) days.

**IT IS SO STIPULATED.**

Pursuant to Local Rule 5-4.3.4, by my signature below I, John M. Fujii, attest that all other signatories concur in this filing's content and have authorized this filing.

Dated: July 3, 2024                FUJII LAW GROUP LLP

By: ___/s/ John M. Fujii_____
JOHN M. FUJII
MAHADHI CORZANO
Attorneys for Defendant
County of San Bernardino Deputy
D. Arredondo

Dated: July 3, 2024                LAW OFFICES OF JAMES MCGEE, PLC

By: ___/s/ Steven Parnell Weaver__
STEVEN PARNELL WEAVER
Attorney for Plaintiff
Ivan Warren