JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN WARREN,<br><br>       Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO DEPUTY D. ARREDONDO #14705,<br><br>       Defendant. | Case No.: EDCV 22-2094-MWF(MAAx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

///
///
///
///
///
///
///

1 | Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Court, having considered the Stipulation of Plaintiff IVAN WARREN ("Plaintiff") and Defendants COUNTY OF SAN BERNARDINO and DEPUTY D. ARREDONDO (collectively, "Defendants") has hereby found GOOD CAUSE on the following:

1. Plaintiff's First Amended Complaint (Dkt. No. 16) (the operative complaint) and this entire action and all of Plaintiff's claims against Defendants are hereby DISMISSED with prejudice.

2. All parties shall bear their own attorney's fees and costs in this action.

3. Plaintiff has waived and foregone any rights to appeal with respect to any issues, rulings, or orders in this action.

**IT SO ORDERED.**

Dated: August 16, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge